IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JUAN SANCHEZ HERNANDEZ and GRACIELA HERNANDEZ, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:09-CV-68 |
| GENERAL MOTORS CORPORATION, | § § § | |
| Defendant. | § § § | |

**O R D E R**

Defendant filed a Notice of Bankruptcy on June 8, 2009. Dkt. No. 7. No other substantive activity has occurred in the above-captioned case since the filing of Plaintiff's Original Complaint and the Answer on March 6, 2009, and March 31, 2009, respectively. Dkt. No. 1.

This case therefore need not remain on the Court's active docket. The above-captioned case is hereby **ADMINISTRATIVELY CLOSED**. Any party that desires to re-open the case in the future should file a motion so requesting.

**IT IS SO ORDERED.**

**SIGNED this 31st day of January, 2012.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE